Lance A. Brewer CBN 125759
BREWER & BREWER
4533 MacArthur Blvd., Suite 707
Newport Beach, CA 92660
(714)424-6300  Fax (714)424-6313

Attorneys for Plaintiff,
THE CADLE COMPANY II, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CADLE COMPANY II, INC., | Case No. 1:03-mc-00080<br>Assigned to Magistrate Snyder |
| Plaintiff. | |
| Vs.<br>JANET M. LAZARUS, | STIPULATION AND ORDER<br>CONTINUING EXAMINATION<br>PROCEEDING |
| Defendants. | Date: May 2, 2008<br>Time: 9:30 A.M.<br>Dept: 7 |

NEW DATE: May 16, 2008 at 9:30a.m.

WHEREAS, on August 28, 2004, a domesticated judgment (the "Judgment") was renewed in favor THE CADLE COMPANY II, INC. ("CADLE") and against JANET M. LAZARUS ("LAZARUS"); and

WHEREAS, the Court issued an "Order To Appear for Examination" (the "Order") requiring LAZARUS to personally appear in Dept. 7 of the above-entitled Court located at 2500 Tulare Street, #1501, Fresno, California, (the "Hearing") and to furnish information to aid in enforcement of the Judgment; and

WHEREAS, the Order was served on LAZARUS on April 1, 2008; and

STIPULATION AND ORDER
CONTINUING EXAMINATION PROCEEDING                    1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, concurrently with the Order, LAZARUS was served with a "Deposition Subpoena For Personal Appearance and Production of Documents and Things" (the "Subpoena") requiring LAZARUS to produce at the Hearing the documents described in the Subpoena; and

WHEREAS, LAZARUS is unable to attend the set hearing; and

WHEREAS, CADLE and LAZARUS have agreed to continue (the "Continued Hearing") the Hearing; and

WHEREAS, CADLE has confirmed with the court regarding date availability.

## Stipulation

Therefore, judgment creditor THE CADLE COMPANY II, INC. and judgment debtor JANET M. **LAZARUS** stipulate and agree as follows:

1. The Court may continue the examination proceedings of JANET M. LAZARUS from May 2, 2008, at 9:30 A.M., in Dept. 7 of the above-entitled Court located at 2500 Tulare Street, #1501, Fresno, California, to May 16, 2008, at the same time and place;

2. The Court may order JANET M. LAZARUS to appear on May 16, 2008, at 9:30 A.M., in Dept. 7 of the above-entitled Court located at 2500 Tulare Street, #1501, Fresno, California, and to furnish information to aid in the enforcement of the Judgment;

3. The Court may order JANET M. LAZARUS to produce on May 16, 2008, 9:30 A.M., **in** Dept. 7 of the above-entitled Court located at 2500 Tulare Street, #1501, Fresno, California, each of the documents, within LAZARUS's possession, custody, and/or control, that are described in that "Deposition Subpoena For Personal Appearance and Production of Documents and Things", which was issued on March 18, 2008, and served on JANET M. LAZARUS on April 1, 2008.

STIPULATION AND ORDER
CONTINUING EXAMINATION PROCEEDING                2

PDF created with pdfFactory trial version www.pdffactory.com

    4. Attorney for JANET M. LAZARUS intends a facsimile or scanned copy of his signature on this Stipulation will have the same effect as if it were an original signature.

Dated: May 1, 2008

_____
Joseph Soares
Attorneys for Judgment Debtor
JANET M. LAZARUS

Dated: May 1, 2008

BREWER & BREWER

_____
Lance A. Sewer
Attorneys for Judgment Creditor
THE CADLE COMPANY II, INC.

STIPULATION AND ORDER                     3
CONTINUING EXAMINATION PROCEEDING

PDF created with pdfFactory trial version www.pdffactory.com

4. Attorney for J T T M. **LAZARUS** intends a racsimile or scanned copy of his sig.4t4rp on this **Stipulation will have** the same affect as if it were an original signature.

Dated: May', 2008



Jos     SQ4res
Attorneys for Judgment Debtor
JANET M. LAZARD's

 A rewer
Attorneys for Judgment Creditor
TR C .DIE COMPANY II, INC.

/1  //
    I/

19

2i

22

23

24

25

26

27

28

**STIsuL&T;ON AND ORDEa
CONTINUING EXAMINATION
PROMEDING**

3

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:03-mc-00080  Document 20      Filed 05/06/2008 Page 5 of 5

**ORDER**

Good cause appearing,

IS ORDERED:

    1. The examination proceedings of JANET M. LAZARUS are continued from May 2, 2008, at 9:30 A.M., in Dept. 7 of the above-entitled Court located at 2500 Tulare Street, 01501, Fresno, California, to May 16, 2008, at the same time and place;

    4. The attorney for THE CADLE COMPANY II, INC. shall give JANET M. LAZARUS notice of this order.

DATED:  5/12/2008

                          /s/ Sandra M. Snyder

                          SANDRA M. SNYDER,
                          U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER
CONTINUING EXAMINATION PROCEEDING

4

PDF created with pdfFactory trial version www.pdffactory.com