Lance A. Brewer  CBN 125759
Carl N. Marschall  CBN 71823
Brewer & Brewer
4533 MacArthur Blvd, Suite 707
Newport Beach, CA 92660
Tel: (714) 424-6300 Fax: (714) 424-6313

Attorney for Plaintiff
THE CADLE COMPANY II, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CADLE COMPANY II, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JANET M. LAZARUS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 1:03-mc-00080 <br><br> ORDER PERMITTING REGISTERED <br> PROCESS SERVER TO SERVE <br> POST-JUDGMENT PROCESS |

The Court having considered the Application for Order Permitting Registered Process Server to Service of Post-Judgment Process, and  for good cause appearing,

IT IS ORDERED that any person, who is a registered process server (pursuant to Sections 22350 et seq. of the California Business and Professions Code); is at least 18 years of age; who is of suitable discretion; and who is not a party to this action, be, and is hereby, authorized to serve writs of execution and other process issued in this case for the seizure of persons or property.

ORDER PERMITTING REGISTERED
PROCESS SERVER TO SERVE
POST-JUDGMENT PROCESS                          - 1

PDF created with pdfFactory trial version www.pdffactory.com

The United States Marshal is to be the levying officer.

Dated:   8/26/2008

            /s/ Sandra M. Snyder
          SANDRA M. SNYDER
          U.S. MAGISTRATE JUDGE

ORDER PERMITTING REGISTERED
PROCESS SERVER TO SERVE
POST-JUDGMENT PROCESS    - 2

PDF created with pdfFactory trial version www.pdffactory.com