Lance A. Brewer, Esq.
CBN 125759
Brewer & Brewer
4533 MacArthur Blvd, Suite 707
Newport Beach, CA 92660
Tel: (714) 424-6300 Fax: (714) 424-6313


Attorney for Plaintiff
THE CADLE COMPANY II, INC.


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CADLE COMPANY II, INC., ) | Case No.: 1:03-mc-00080 |
| ) | |
|   Plaintiff, ) | |
| ) | TURNOVER ORDER RE COLDWELL |
|     vs. ) | BANKER COMMERCIAL REDWOOD |
| ) | REALTY A.K.A. REDWOOD |
| JANET M. LAZARUS, ) | COMMERCIAL MANAGEMENT  IN AID |
| ) | OF EXECUTION |
|   Defendant. ) | |
| ) | |
| ) | |

JUDGMENT DATE:  09/01/94
Renewed: 08/25/04


    The Court having considered the application for turnover order in aid of execution, the memorandum of points and authorities in support thereof and the accompanying declaration, and finding that a writ of execution has been issued and there is a need for this order, for good cause, hereby ORDERS that the Judgment Debtor shall transfer to the Sheriff of  Tulare County, whose

---

TURNOVER ORDER RE COLDWELL BANKER etc.  IN AID OF EXECUTION

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

address is 2404 W. Burrel Ave., Visalia, California 93291, the following described property: All stock certificates owned by the Judgment Debtor in "SSSC, INC. ".

IT IS FURTHER ORDERED that this Order shall promptly personally served on the Judgment debtor, and

> NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

DATED:     8/28/2008

　　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder

　　　　　　　　　　　　　　　SANDRA M. SNYDER,

　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

TURNOVER ORDER RE COLDWELL BANKER etc.  IN AID OF EXECUTION

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com