Lance A. Brewer, Esq.
CBN 125759
Brewer & Brewer
4533 MacArthur Blvd, Suite 707
Newport Beach, CA 92660
Tel: (714) 424-6300 Fax: (714) 424-6313

Attorney for Plaintiff
THE CADLE COMPANY II, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CADLE COMPANY II, INC., | Case No.: 1:03-mc-00080 |
| Plaintiff, | |
| vs. | TURNOVER ORDER RE EBARD, INC. IN AID OF EXECUTION |
| JANET M. LAZARUS, | |
| Defendant. | JUDGMENT DATE:  09/01/94 |
| | Renewed: 08/25/04 |

The Court having considered the application for turnover order in aid of execution, the memorandum of points and authorities in support thereof and the accompanying declaration, and finding that a writ of execution has been issued and there is a need for this order, for good cause, hereby ORDERS that the Judgment Debtor shall transfer to the Sheriff of Tulare County, whose address is 2404 W. Burrel Ave., Visalia, California 93291, the following described property: All stock certificates owned by the Judgment Debtor in "EBARD, INC.".

---

TURNOVER ORDER RE EBARD, INC.  IN AID OF EXECUTION

- 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS FURTHER ORDERED that this Order shall promptly personally served on the Judgment debtor, and

    NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

DATED:  8/28/2008

        /s/ Sandra M. Snyder

    SANDRA M. SNYDER,
    U.S. MAGISTRATE JUDGE

TURNOVER ORDER RE EBARD, INC.  IN AID OF EXECUTION

PDF created with pdfFactory trial version www.pdffactory.com